Petition for Writ of Mandamus and Writ of Prohibition Denied and
Memorandum Opinion filed April 26, 2005









 

Petition for Writ of Mandamus and Writ of Prohibition
Denied and Memorandum Opinion filed April 26, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00391-CV

____________

 

IN RE DENNIS RICHARDS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

WRIT
OF PROHIBITION

 



 

M E M O R A N D U M   O
P I N I O N

On April 22, 2005, relator filed a petition
for writ of mandamus and writ of prohibition in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  He seeks to overturn the trial court=s order of confinement pending
relator=s accelerated appeal of a condition
of pre-trial bond.  Relator also seeks a
writ of prohibition preventing the trial court from incarcerating him for
failure to meet this condition of bond while his accelerated appeal is pending.


Relator has not established that he is entitled to
extraordinary relief.  Accordingly, we
deny relator=s petition for writ of mandamus and
writ of prohibition. 








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed April 26, 2005.

Panel consists of
Justices Edelman, Seymore, and Guzman.